| | AUSA: William Orr | Telephone: (989) 895-5712 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Joshua White | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.

**DALE HATCH**

Case: 4:26-mj-30300
Judge: Ivy, Curtis
Filed: 05-21-2026

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 21, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

I have probable cause to believe that on or about April 21, 2026, in the Eastern District of Michigan, **Dale Hatch,** knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua White, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _May 21, 2026_____

_____
*Judge's signature*

City and state: _Flint, MI_____

Curtis Ivy,  United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua White, being duly sworn, depose and state as follows:

### Introduction

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since July 2022. Prior to serving as an ATF Special Agent, I was employed by the United States Secret Service as a Uniformed Division Officer for three and a half years. My daily responsibilities while serving were to screen passholders and appointments who had access to the White House Grounds, assist with protectee movements onto and off of the White House Complex, and enforce D.C. Code as well as Federal Law. I have completed the Federal Law Enforcement Training Center (FLETC) Uniformed Police Training program (UPTP) and the Criminal Investigator Training Program (CITP) with a total combination of over 800 hours of classroom and practical training. I have completed ATF's Special Agent Basic Training (SABT) academy with over 500 hours of classroom and practical training. I am presently assigned to ATF's Flint Office conducting narcotics/firearms investigations.

### Probable Cause

*Confidential Informant Controlled purchase*

2.      In April of 2026, ATF Confidential Informant 33349 and Confidential Informant 31916 (CIs) had telephone contact with DALE HATCH regarding the

1

controlled purchase of firearms. HATCH agreed to sell the CI's a Glock handgun attached with a machinegun conversion device for $1,000.

3.      On April 21, 2026, HATCH and ATF CIs had another telephone contact. The parties agreed to meet on April 21, 2026, at a retail establishment on Miller Rd, Flint MI, (hereinafter referred to as the predetermined deal location) to conduct the controlled purchase.

4.      At approximately 12:26 p.m., law enforcement observed a black Nissan Ultima arrive at the parking lot of the predetermined deal location. Law enforcement then observed an unknown black male exit the front passenger seat of the black Nissan Ultima. The male, later identified as HATCH, got into the front passenger seat of an ATF Undercover Vehicle (UCV). At this time, CI 31916 purchased a Glock, Model 19, 9mm caliber pistol, serial number BSXZ181, from HATCH.

5.      ATF Special Agents Bowling and Gatza then met with CI 31916 who provided the following information regarding the controlled purchase of the firearm.

   a. CI 31916 purchased a Glock handgun from HATCH for $1,000. HATCH got into the front passenger seat of the UCV.

   b. CI 31916 saw HATCH wearing a latex medical glove on his right hand.

   c. CI 31916 and HATCH discussed the future sale of firearms, specifically firearms attached with machinegun conversion devices. [The Glock handgun that was purchased during the controlled purchase did not

have a machinegun conversion device attached to it].

6.      After the controlled purchase took place, the Glock firearm was run through the Law Enforcement Information Network by Intel Research Specialist Mike Malone. The firearm came back as being reported stolen out of Detroit Police Department just a few hours before the controlled purchase took place on April 21, 2026. HATCH was listed as the main suspect in the stolen firearm report.

*Additional Information*

7.      ATF determined that the Glock 19 pistol was manufactured outside the State of Michigan.

8.      DALE HATCH is prohibited from possessing a firearm because he has been convicted of the following felony offenses:

    a.  4/08/2011 - Felony - Stolen Property - Receiving & Concealing.

    b.  04/25/2014 - Felony - Involuntary Manslaughter - FEL.

    c.  04/25/2014 - Felony - Aggravated Murder Victim is Law Enforcement Officer on Duty.

    d.  04/25/2014 - Felony - Tampering with Evidence.

    e.  04/25/2014 - Felony - Receiving Stolen Property - FEL.

3

## Conclusion

9.      Based on the facts described above, there is probable cause that on or about April 21, 2026, in the Eastern District of Mihcigan, DALE HATCH violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

Respectfully submitted,

Joshua White, Special Agent
ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on this __21st__ day of May 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge

4